JULIUS H. KEVAND, Appellant, *v.* NEW YORK TELEPHONE
        COMPANY, Respondent.

*Kevand* v. *N. Y. Telephone Co.*, 159 App. Div. 628, affirmed.
(Argued December 6, 1917; decided December 21, 1917.)

APPEAL from a judgment, entered December 15,
1913, upon an order of the Appellate Division of the
Supreme Court in the fourth judicial department,
reversing a judgment in favor of plaintiff entered upon
a verdict and directing a dismissal of the complaint.
The action was brought to recover certain penalties
alleged to have been incurred by the defendant under
section 103 of the Transportation Corporations Law in
failing to comply with said section, in that the defendant
refused to receive messages from the plaintiff, after his
compliance with its established rules and regulations, and
by neglecting to transmit the said plaintiff's messages
with impartiality and in good faith in the order in which
they were received.

*Thomas Hogan* for appellant.

*William Nottingham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
POUND, MCLAUGHLIN and CRANE, JJ.